964 A.2d 303

IN THE MATTER OF MARC M. ORLOW, AN ATTORNEY AT LAW (ATTORNEY NO. 007481993).

February 13, 2009.

*As Amended March 3, 2009.*

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–231, concluding that **MARC M. ORLOW of CHERRY HILL,** who was admitted to the bar of this State in 1993, should be suspended from the practice of law for a period of

three months for violating *RPC* 1.2(d) (counseling or assisting client in conduct the attorney knows is illegal, criminal or fraudulent or preparing a written instrument containing terms the attorney knows are expressly prohibited by law), *RPC* 1.2(e) (failing to advise client of limitations on attorney's conduct when client expects assistance not permitted by *RPCs*), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **MARC M. ORLOW** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective February 13, 2009; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.